IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MORALES,<br><br>       Plaintiff,<br><br>vs.<br><br>KERN COUNTY SHERIFF'S DEPARTMENT,<br><br>       Defendants. | Case No. 1:12-cv-01999 JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS**<br><br>(Doc. 2) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.000 filing fee or submitted a proper application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On December 6, 2012, Plaintiff submitted an application to proceed without prepayment of fees and costs captioned for the District of West Virginia, Southern Division. (Doc. 2 at 1)  In addition, Plaintiff failed to include a certified copy of his inmate trust account statement for the six month period preceding the filing of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within 45 days of the date of service of this order, Plaintiff shall either: (1) pay the $350.00 filing fee for this action; or (2) submit the attached application to proceed in forma

1

pauperis, completed and signed, along with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

  2.  The Clerk of the Court is directed to send Plaintiff this district's application to proceed in forma pauperis.

IT IS SO ORDERED.

  Dated:  **December 11, 2012**      **/s/ Jennifer L. Thurston**
                     UNITED STATES MAGISTRATE JUDGE