1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

RAFAEL MORALES,

Case No. 1:12-cv-01999 JLT (PC)

12

Plaintiff,

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

13

vs.

(Doc. 6).

14

KERN COUNTY SHERIFF'S DEPARTMENT,

15
16

Defendants.

17
18

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19

§ 1983.  On December 6, 2012, Plaintiff submitted an application to proceed without prepayment

20

of fees and costs captioned for the District of West Virginia, Southern Division.  (Doc. 2 at 1).  At

21

that time the Court ordered Plaintiff to submit his application using this Court's application and to

22

include a certified copy of his inmate trust account statement for the six month period preceding

23

the filing of the complaint.  (Doc. 4).

24

On December 21, 2012, Plaintiff submitted a new Motion to Proceed In Forma Pauperis

25

on the appropriate form.  (Doc. 6).  Plaintiff has made the showing required by § 1915(a)(1) and

26

accordingly, the request to proceed in forma pauperis will be granted.  Thus, Plaintiff is not

27

obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).

28

Additionally, given that Plaintiff is to be released from prison on December 28, 2012, Plaintiff

need not submit the inmate trust account statement.  In accordance with the above and good cause appearing therefore, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis (Doc. 6) is GRANTED.

IT IS SO ORDERED.

Dated:   **December 28, 2012**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE